AO 91 (Rev. 11/11) Criminal Complaint

**FILED**
September 25, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: ANB
DEPUTY

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

United States of America
v.

Noah Ryan Rodriguez

*Defendant(s)*

Case No. SA-26-MJ-1214

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of July 21, 2026 in the county of BEXAR in the WESTERN District of TEXAS, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 USC 2252A(a)(2) | Distribution of Child Pornography<br><br>PENALTIES: 5-20 years imprisonment, Lifetime supervised release, Up to $250,000 fine, $100 SA, $5,000 assessment pursuant to JVTA, Up to $35,000 AAVA, Restitution and Forfeiture and Sex Offender Registration. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

■ Continued on the attached sheet.

[signature]
*Complainant's signature*

CLARISSA SMITH, FBI SA
*Printed name and title*

☐ Sworn to before me and signed in my presence.
■ Sworn to telephonically and signed electronically.

Date: September 25, 2026

[signature]
*Judge's signature*

City and state: San Antonio, Texas

HONORABLE KELLY G. STEPHENSON, US MAGISTRATE JUDGE
*Printed name and title*

**COMPLAINT AFFIDAVIT**

I, Clarissa Smith, being duly sworn, depose and state that:

1. I am a Special Agent with the Federal Bureau of Investigation and have been employed by the FBI since 2017. I am currently assigned to the Crimes Against Children Task Force in the FBI San Antonio Field Division. I have received particularized training in the investigation of computer-related crimes, child abductions, online enticement, online threatening communications, peer-to-peer computer networking, and online (i.e. Internet based) crimes against children. I have conducted and been involved in numerous investigations of individuals suspected of utilizing Internet devices to further criminal activity and have participated in the execution of numerous search warrants which have resulted in the seizure of digital evidence. I have had the occasion to become directly involved in investigations relating to missing or kidnapped children and am familiar with the investigative techniques commonly used to collect evidence in such cases.
2. This affidavit is being submitted in support of an Application for a Criminal Complaint for Noah Ryan Rodriguez. (RODRIGUEZ).
3. On September 17, 2026, FBI San Antonio – Austin Resident Agency received a CyberTip from the National Center for Missing and Exploited Children (NCMEC) reporting that a user on Snapchat, a multimedia messaging application, claimed to be a 19-year-old male sexually abusing a young child he was babysitting. The Snapchat user was conversing with a 15-year-old female and stated "I'm about to just fuck her face ngl" when referring to a five-year-old child sitting in his lap. The Snapchat user then sent an image to the 15-year-old that depicts a prepubescent blonde-haired female lying face down across the lap of what appears to be an adult male wearing grey sweatpants and a grey sweatshirt. The

prepubescent female is nude with only a white and blue material bunched around her legs. The camera is angled to focus on the child's anus and vagina.

4. The NCMEC CyberTip listed the incident date and time as July 21, 2026, at 15:11 UTC and provided IP address 174.224.31.14 port 60219 as being used by the Snapchat user at the time of the incident. FBI determined Verizon Wireless to be the ISP for IP 174.224.31.14. Legal process served on Verizon Wireless showed that IP address 174.224.31.14 was accessed on July 21, 2026, using Verizon phone number XXX-XXX-**-2719**. Verizon Wireless also provided subscriber information showing the subscriber as Nadine Rodriguez at XXXX Sundance Fort, San Antonio, TX. Noah Rodriguez is also listed on the account. The account includes two phone numbers, XXX-XXX--**2719** and XXX-XXX-1799.

5. Legal process served on Apple for subscriber information for phone number XXX-XXX-**2719** provided the following information:

   Telephone number: XXX-XXX-**2719**

   Device: iPhone 16 Black 128GB

   Registered Name/Username: Noah Rodriguez/Dunk Nuts

   Email: officialsteyasmusic@gmail.com

6. On September 24, 2026, FBI San Antonio made contact with the residents at XXXX Sundance Fort, San Antonio, Texas and were invited into the home. RODRIGUEZ was present and asked if he would be willing to speak with federal agents. RODRIGUEZ requested an attorney and was not interviewed. The other occupants of the home agreed to speak to agents. None of the devices used by the other occupants of the house matched the identifiers of the device used to distribute child pornography. All three of the residents

present stated the phone number XXX-XXX-**2719** was used by RODRIGUEZ. Nadine Rodriguez provided the make and model of each of the phones on her phone plan and the only one that is an Apple iPhone 16 is the one used by RODRIGUEZ, ending in **2719.**

7. RODRIGUEZ's live-in girlfriend told agents that in January 2026 she observed child sexual abuse material being sent by RODRIGUEZ on his cellphone. She explained that RODRIGUEZ was messaging girls on Snapchat who were claiming to be between the ages of 11 and 15 years old. RODRIGUEZ told the females he was 19 or 20 years old. In one instance, the girlfriend observed an image sent by RODRIGUEZ to a female on Snapchat which was described as a young nude girl covered in semen followed by the message "do you like this". The girlfriend also observed another application used by RODRIGUEZ which was an encrypted messaging application. In this messaging application, RODRIGUEZ was a part of a group chat titled "I love toddlers". The girlfriend observed numerous videos of what appeared to be child sexual abuse material being exchanged in the group, including one file depicting an infant tied up. During the interview, the girlfriend showed agents a picture she took of the applications RODRIGUEZ used, including Snapchat and Teleguard (which is an encrypted messaging application).

8. Legal process was served on Snapchat for the account used to send the child sexual abuse material and Snapchat provided Device Information as being an iPhone 17, 3. The identifier 17,3 is consistent with the standard Apple iPhone 16. No other residents living at the residence on Sundance Fort had a cellular device that matches that Device Information.

9. Based on the aforementioned facts, your Affiant respectfully submits that there is probable cause to believe that on July 21, 2026, in the Western District of Texas, Noah

Ryan RODRIGUEZ did knowingly distribute child pornography, using any means and facility of interstate and foreign commerce and which has been shipped and transported in and affecting interstate and foreign commerce, by any means, including by computer, in violation of 18 U.S.C. 2252A(a)(2).

FURTHER AFFIANT SAYETH NOT,

______________________________
Clarissa Smith
Special Agent
Federal Bureau of Investigation

SUBSCRIBED AND SWORN TO TELEPHONICALLY THIS 25th DAY OF SEPTEMBER 2026.

______________________________
HONORABLE KELLY G. STEPHENSON
UNITED STATES MAGISTRATE JUDGE